IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-CR-20034 |
| | ) | |
| JEREMY SEGGEBRUCH, | ) | Title 18, United States Code, |
| | ) | Section 1026. |
| Defendant. | ) | |

FILED
DEC 15 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about February 22, 2011, in the Central District of Illinois,

**JEREMY SEGGEBRUCH,**

defendant herein, did knowingly make a false statement, namely, certifying that D&S Farms produced only 52,540 bushels of corn in 2010 in Vermilion County, Illinois, when it actually produced at least 83,242 bushels, for the purpose of influencing in any way the action of the Secretary of Agriculture or a person acting under his authority.

In violation of Title 18, United States Code, Section 1026.

JAMES A. LEWIS
United States Attorney

s/ Eugene L. Miller
BY: _____
EUGENE L. MILLER
Assistant United States Attorney