PROB 12C
(12/04)

# UNITED STATES DISTRICT COURT

for

Illinois Central

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Seggebruch

Case Number: 0753 2:15CR20034-001

Name of Sentencing Judicial Officer: Honorable James E. Shadid

Date of Original Sentence: 12/15/2016

Original Offense:
Making a False Statement

Original Sentence: Probation 36M

Type of Supervision: PROB        Date Supervision Commenced: 12/15/2016

Assistant U.S. Attorney: Meredith Reiter

Defense Attorney: Karl Bryning

## PETITIONING THE COURT

☐ To issue a warrant

☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | OPENING A LINE OF CREDIT WITHOUT APPROVAL<br><br>CONDITION No. 9: You shall not incur any new debts or open any additional lines of credit in excess of $10,000 without prior approval of the U.S. Probation Office.<br><br>On or about March 17, 2017, offender Seggebruch signed loan contract to purchase a 2016 Ford Super Duty F-350 SRW in the amount of $64,981.08 without receiving prior approval of the U.S. Probation Office. On June 28, 2019, offender Seggebruch admitted to U.S. Probation Officer Michael Bice to securing the loan. |

PROB 12C
(12/04)

| | Violation Number | Nature of Noncompliance |
|---|---|---|
| | 2. | HANDLING OF CASH WITHOUT APPROVAL

CONDITION No. 10: You shall not obtain employment at any place where you will be involved in the management or handling of cash, credit, or any other financial instruments, without prior approval of the Court and without disclosing information regarding the federal conviction to the employer.

Beginning in December 2016 and continuing during his probation period, offender Seggebruch was employed by Sege Ag Production, Inc. ("SAPI"). As part of that employment, offender Seggebruch obtained grant signing authority and authority to conduct business on behalf of SAPI, including but not limited to the authority to borrow funds, incur debt, execute promissory notes, and to encumber, hypothecate, or mortgage all or any parts of property belonging to SAPI. Between November 2017 and December 2017, offender Seggebruch signed at least five SAPI checks, and during his probation period he also signed additional SAPI payroll checks. Offender Seggebruch did not obtain prior approval of the Court or his Probation Officer before managing or handling cash, credit, or financial instruments as part of his employment at SAPI. |
| | 3. | PARTICIPATION IN A FEDERAL CROP INSURANCE PROGRAM WHILE DISQUALIFIED

CONDITION No. 11: You shall be disqualified from participating in any Federal Crop Insurance program during the period of your probation.

On or about January 1, 2017, and continuing during the probation period, offender Seggebruch was employed by and managed the operations of Sege Ag Production, Inc. ("SAPI"), which participated in USDA programs, including the Federal Crop Insurance program. In his role at SAPI, offender Seggebruch received monetary and non-monetary benefits including but not limited to SAPI wages paid to him and to his wife, Jennifer Seggebruch. |
| | 4. | RECEIVING MONETARY BENEFITS FROM A USDA PROGRAM WHILE DISQUALIFIED

CONDITION No. 12: You will execute an agreement to voluntary disqualification which will disqualify you from receiving any monetary or non-monetary benefit as provided under each of the titles and programs listed in 7 USC § 1515(h)(3)(B) for the period beginning on January 1, 2017 through December 31, 2019. You will not receive any monetary or non-monetary benefits from participation with any other individual or as part of any entity that was enrolled in the USDA program. Your name will be added to the USDA's excluded party's list system for the period of the agreed disqualification. You agree to waive your right to challenge the voluntary disqualification in any administrative and/or court proceeding.

On or about January 1, 2017, and continuing during the probation period, offender Seggebruch was employed by and managed the operations of Sege Ag Production, Inc. ("SAPI"), which participated in USDA programs, including the Federal Crop Insurance program. In his role at SAPI, offender Seggebruch received monetary and non-monetary benefits including but not limited to SAPI wages paid to him and to his wife, Jennifer Seggebruch. |

PROB 12C
(12/04)

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

**Michael R. Bice**
Digitally signed by Michael R. Bice
DN: cn=Michael R. Bice, o, ou, email=michael_bice@ilcp.uscourts.gov, c=US
Date: 2019.09.09 10:14:10 -05'00'

U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☒ The issuance of a summons.

☐ Other

**James E. Shadid**
Digitally signed by James E. Shadid
DN: cn=James E. Shadid, o, ou=United States District Judge, email=cathy_geier@ilcd.uscourts.gov, c=US
Date: 2019.09.10 08:54:18 -05'00'

Signature of Judicial Officer

_____
Date