PROB 12C
(12/04)

# UNITED STATES DISTRICT COURT

for

Illinois Central

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremy Seggebruch

Case Number: 0753 2:15CR20034-001

Name of Sentencing Judicial Officer: Honorable James E. Shadid

Date of Original Sentence: 12/15/2016

Original Offense:
Making a False Statement

September 10, 2019: Petition for Warrant or Summons for Offender Under Supervision filed alleging Mr. Seggebruch violated the terms of his probation by opening a line of credit without approval, handling of cash without approval, participation in a federal crop insurance program while disqualified and receiving monetary benefits from a USDA program while disqualified. A summons was issued for September 20, 2019.

Original Sentence: Probation 36M

Type of Supervision: PROB      Date Supervision Commenced: 12/15/2016

Assistant U.S. Attorney: Eugene L. Miller

Defense Attorney: Karl Bryning

## PETITIONING THE COURT

☐ To issue a warrant

☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| ~~3.~~ **5.** | LAW VIOLATION: VIOLATION OF ORDER OF PROTECTION<br>MANDATORY CONDITION: The defendant shall not commit another federal, state or local crime.<br><br>On October 21, 2019, an order of protection was issued against Mr. Seggebruch in Iroquois County, Illinois Circuit Court Case No 19-OP-247 prohibiting him from contacting his wife, Jennifer Seggebruch. |

PROB 12C
(12/04)

| Violation Number | Nature of Noncompliance |
|---|---|
| | On November 21, 2019, Iroquois County Illinois, Sheriff's Deputy Doug Brenner was dispatched to 516 N. 5th St. Cissna Park, Illinois, to speak with Jennifer Seggebruch regarding a violation of an order of protection she has against her estranged husband Jeremy Seggebruch. Jennifer advised Deputy Brenner that she had received a text message from her estranged husband and felt threatened and he was trying to intimidate her into doing what he wants. Deputy Brenner read the text message that was sent from the #815-922-7642 which was listed under the name Jeremy. The message discussed her getting the order of protection and how this message would violate that order. The text message states "I become an asshole if things get pushy, I do not want that, I respect your decisions". Jennifer stated Jeremy has a history of violence and is concerned for her and her daughters safety.<br><br>On November 27, 2019, Jeremy Seggebruch was charged with Violation of Order of Protection in Iroquois County, Illinois, Circuit Court Case #19-CM-220 and a warrant was issued. Later that day, Mr. Seggebruch was arrested by the Ford County Sheriff's Office on the Iroquois County warrant, and he posted $300 bond and was released the same day. His next court hearing is scheduled for December 30, 2019, at 9:30 a.m. |
| 4. 6. | FAILURE TO NOTIFY WITHIN 72 HOURS OF HAVING POLICE CONTACT<br><br>CONDITION No. 6: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.<br><br>On November 27, 2019, Mr. Seggebruch was arrested by the Ford County Sheriff's Office for Violation of an Order of Protection. Mr. Seggebruch has failed to notify this officer within 72 hours of having police contact. |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

This Supplemental Petition for Warrant or Summons for Offender Under Supervision is to be made part of the original Petition for Warrant or Summons for Offender under Supervision filed on September 10, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____



michael bice
Digitally signed by michael bice
Date: 2019.12.09 15:01:46 -06'00'

U.S. Probation Officer

PROB 12C
(12/04)

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☐ The issuance of a summons.

☒ Other

Supplement to Original Petition. Hearing currently scheduled for 1/9/2020 at 2:00 p.m. in Peoria.

*James E. Shadid*
Digitally signed by James E. Shadid
DN: cn=James E. Shadid, o, ou=United States District Judge, email=cathy_geier@ilcd.uscourts.gov, c=US
Date: 2019.12.10 10:19:55 -06'00'

Signature of Judicial Officer

Date

2:15-cr-20034-JES-DGB # 83-1 Page 3 of 3