IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 15-20034 |
| JEREMY SEGGEBRUCH, | ) |
| Defendant. | ) |

NOTICE OF APPEAL

Notice is hereby given that the Defendant, JEREMY SEGGEBRUCH, appeals to the United States Court of Appeals for the Seventh Circuit the conviction and sentence imposed in open court on January 9, 2020 and memorialized by the Judgement in a Criminal Case entered on January 15, 2020.

Respectfully submitted,

JEREMY SEGGEBRUCH,
 Defendant

/s/Karl W. Bryning
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
FAX: (309) 671-7898
Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

    I hereby certify that on January 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney, Eugen L. Miller, 201 South Vine, Urbana, IL 61802.

       s/Karl W. Bryning

KARL W. BRYING
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: 309/671-7898
E-mail: karl_bryning@fd.org