IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 15-20034 |
| JEREMY SEGGEBRUCH, | ) |
| Defendant. | ) |

CIRCUIT RULE 3(C) DOCKETING STATEMENT
AND JURISDICTIONAL DESIGNATION

Now comes the Defendant, JEREMY SEGGEBRUCH, by his undersigned attorney, and pursuant to Circuit Rule 3(c), submits the following jurisdictional statement:

1.  The jurisdiction of the United States District Court for the Central District of Illinois is founded upon Title 18 U.S.C. § 3231.

2.  The jurisdiction of the Unites States Court of Appeals for the Seventh Circuit is founded upon Title 28 U.S.C. § 1291 and Title 18 U.S.C. § 3742 and is based on the following particulars.

i.  Date of entry of judgment sought to be reviewed: judgment order entered January 15, 2020, adjudicating defendant guilty of Probation Violation 1, Opening a Line of Credit Without Approval; 2, Handling of Cash Without Approval; 3, Participation in a Federal Crop Insurance Program while

        Disqualified; 4, Receiving Monetary Benefits from a USDA Program while Disqualified; 5, Law Violation: Violation of Order of Protection; 6, Failure to Notify within 72 hours of having Police Contact, and committing defendant to the custody of the Bureau of Prisons for a term 364 days.

ii.    Filing date of motion for new trial: N/A;

iii.    Disposition of motion and date of entry: N/A

iv.    Filing date of notice of appeal: January 15, 2020

        Respectfully submitted,

        JEREMY SEGGEBRUCH,
        Defendant

        /s/Karl W. Bryning
        Assistant Federal Public Defender
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: (309) 671-7891
        FAX: (309) 671-7898
        Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Eugene L. Miller
Office of the United States Attorney
201 South Vine
Urbana, IL 61802

/s/Karl W. Bryning
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
FAX: (309) 671-7898
Email: karl_bryning@fd.org