AO 245C (Rev. 09/11) Amended Judgment in a Criminal Case
Sheet 1

2:15-cr-20034-JES-DCB   # 114    Page 1 of 5

(NOTE: Identify Changes with Asterisks (*))

E-FILED
Friday, 15 May, 2020 06:26:35 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
CENTRAL District of ILLINOIS

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| Jeremy Seggebruch | Case Number: 15-20034-001 |
| | USM Number: 20005-026 |
| | Karl Bryning |
| | Defendant's Attorney |

**Date of Original Judgment:** 1/15/2020
(Or Date of Last Amended Judgment)

**Reason for Amendment:**
☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
☑ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**
☐ pleaded guilty to count(s)
☐ pleaded nolo contendere to count(s) which was accepted by the court.
☑ was found in violation of conditions  9, 10, 11, 12, MC, 6  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Violation |
|---|---|---|---|
| 18 USC §3583(e)(3) | Opening a Line of Credit Without Approval | 3/17/2017 | 1 |
| 18 USC §3583(e)(3) | Handling of Cash Without Approval | 12/31/2017 | 2 |
| 18 USC §3583(e)(3) | Participation in Federal Crop Insurance Program While Disqualified | 1/1/2017 | 3 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)
☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/15/2020
Date of Imposition of Judgment

s/James E. Shadid
Signature of Judge

James E. Shadid            U.S. District Judge
Name of Judge              Title of Judge

5/15/2020
Date

DEFENDANT: Jeremy Seggebruch
CASE NUMBER: 15-20034-001

Judgment — Page 2 of 5

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Violation |
|---|---|---|---|
| 18 USC §3583(e)(3) | Receiving Monetary Benefits from a USDA Program While Disqualified | 1/1/2017 | 4 |
| 18 USC §3583(e)(3) | Law Violation: Violation of Order of Protectioin | 1/21/2019 | 5 |
| 18 USC §3583(e)(3) | Failure to Notify within 72 hours of having Police Contact | 11/27/2019 | 6 |

AO 245C (Rev. 09/11) Amended Judgment in a Criminal Case 2:15-cr-20034-JES-DGB # 114 Page 3 of 5 (NOTE: Identify Changes with Asterisks (*))
Sheet 2 — Imprisonment

Judgment — Page 3 of 5

DEFENDANT: Jeremy Seggebruch
CASE NUMBER: 15-20034-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of

*Time served, to be released within 24 hours of this order.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL

AO 245C (Rev. 09/11) Amended Judgment in a Criminal Case
Sheet 3 — Supervised Release
2:15-cr-20034-JES-DGB    # 114    Page 4 of 5
(NOTE: Identify Changes with Asterisks (*))

Judgment—Page 4 of 5

DEFENDANT: Jeremy Seggebruch
CASE NUMBER: 15-20034-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of

7 months and 19 days, up to and including January 3, 2021

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the following conditions:

1. The defendant shall not knowingly leave the judicial district, except for Wisconsin or Indiana for work-related purposes, without the permission of the court or probation officer.
2. The defendant shall report to the probation officer in a reasonable manner and frequency directed by the court or probation officer.
3. The defendant shall follow the instructions of the probation officer as they relate the defendant's conditions of probation . Any answers the defendant gives in response to the probation officer's inquiries as they relate to the defendant's conditions of probation must be truthful. This condition does not prevent the defendant from invoking his fifth Amendment privilege against self-incrimination.
4. The defendant shall notify the probation officer at least ten days prior, or as soon as knowledge is gained, to any change of residence or employment.
5. The defendant shall permit a probation officer to visit him or her at home or elsewhere between the hours of 6 a.m. and 11 p.m., unless investigating a violation or in case of emergency.  The defendant shall permit confiscation of any contraband observed in plain view of the probation officer.
6. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.
7. You shall refrain from excessive use of alcohol, as defined as the legal limit of impairment in the state in which you are located.
8. You shall provide the U. S. Probation Office access to any requested financial information including both your business any personal income tax returns.

DEFENDANT: Jeremy Seggebruch
CASE NUMBER: 15-20034-001

Judgment—Page 5 of 5

## ADDITIONAL SUPERVISED RELEASE TERMS

9. You shall not incur any new debts or open any additional lines of credit in excess of $10,000 without prior approval of the U.S. Probation Office.

10. You shall not obtain employment at any place where you will be involved in the management or handling of cash, credit, or any other financial instruments, without prior approval of the Court and without disclosing information regarding the federal conviction to the employer.

11. You shall be disqualified from participating in any Federal Crop Insurance program during the period of your probation.

12. You will execute an agreement to voluntary disqualification which will disqualify you from receiving any monetary or non-monetary benefit as provided under each of the titles and programs listed in 7 USC §1515(h)(3)(B) for the period beginning on January 1, 2017 through December 31, 2019. You will not receive any monetary or non-monetary benefits from participation with any other individual or as part of any entity that was enrolled in the USDA program. Your name will be added to the USDA's excluded party's list system for the period of the agreed disqualification. You agree to waive your right to challenge the voluntary disqualification in any administrative and/or court proceeding.

13. You shall not possess firearm, ammunition, destructive device, or any other dangerous weapon.

14. You shall serve your entire term of supervised release in home confinement. The home confinement will start as soon as possible after your supervision term begins. You shall be monitored by radio frequency monitoring technology and shall abide by all technology requirements. You shall pay the costs of the program to the extent you are financially able to pay. The U.S. Probation Office shall determine your ability to pay and any schedule for payment, subject to the court's review upon request.

15. Defendant shall not violate any orders of protection against him.

16. Defendant is required to contact his probation officer within 24 hours of his release (or Monday, if his probation officer is not available until that time) and sign an acknowledgement of the conditions of his supervised release.

17. Upon his release, Defendant Seggebruch shall IMMEDIATELY return to his proposed release residence in Paxton, Illinois to begin his term of supervised release.